# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

129975
(30)
(31)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

RONALD ROGALSKI,
Defendant-Appellant.

SC: 129975
COA: 264011
Washtenaw CC: 96-007088-FH

_____/

On order of the Court, the motion for reconsideration of this Court's order of April 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The miscellaneous motions are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

Clerk